# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br>　　　　　Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| Law Debenture Trust Company of New York and Deutsche Bank Trust Company, Americas,<br>　　　　　Appellants,<br>v.<br>Tribune Company, *et al.*,<br>　　　　　Appellees | Bankruptcy Appeal<br>Case No. 1:12-cv-01073-UNA |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I electronically filed the DCL Plan Proponents' Opposition to Emergency Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Modification of Bankruptcy Court Bond Order with the Clerk of Court using CM/ECF. A copy of said document will be served via First-Class United States mail on the parties on the attached service list.

　　　　　　　　　　　　　　　COLE, SCHOTZ, MEISEL,
　　　　　　　　　　　　　　　FORMAN & LEONARD, P.A.

　　　　　　　　　　　By: */s/ J. Kate Stickles*
　　　　　　　　　　　　　　Norman L. Pernick (No. 2290)
　　　　　　　　　　　　　　J. Kate Stickles (No. 2917)
　　　　　　　　　　　　　　Patrick J. Reilley (No. 4451)
　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　Telephone: (302) 652-3131
　　　　　　　　　　　　　　Facsimile: (302) 652-3117
　　　　　　　　　　　　　　npernick@coleschotz.com
　　　　　　　　　　　　　　kstickles@coleschotz.com
　　　　　　　　　　　　　　preilley@coleschotz.com

| TRIBUNE COMPANY, et al. SERVICE LIST CASE NO. 12-1073-UNA (D. DEL.) ||
|---|---|
| **Counsel/Address** | **Email** |
| David S. Rosner, Esquire<br>Sheron Korpus, Esquire<br>Christine A, Montenegro, Esquire<br>Matthew Stein, Esquire<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Counsel to Law Debenture Trust Company of New York |
| Garvan F. McDaniel, Esquire<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 | Counsel to Law Debenture Trust Company of New York |
| David Adler, Esquire<br>McCarter English<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Counsel to Deutche Bank Trust Company Americas |
| Katharine L. Mayer, Esquire<br>James J. Freebery, IV Esquire<br>McCarter English<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Counsel to Deutche Bank Trust Company Americas |
| David M. LeMay, Esquire<br>Howard Seife, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10012 | Counsel to Official Committee of Unsecured Creditors |
| Andrew N. Goldfarb, Esquire<br>Graeme W. Bush, Esquire<br>James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Ste 1000<br>Washington, D.C. 20036-5807 | Counsel to Official Committee of Unsecured Creditors |
| Adam Landis, Esquire<br>Matthew McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Counsel to Official Committee of Unsecured Creditors |

| | |
|---|---|
| Damian S. Schaible, Esquire<br>Donald S. Bernstein, Esquire<br>Eli Vonnegut, Esquire<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | Counsel JPMorgan Chase Bank, N.A. |
| Mark D. Collins, Esquire<br>Robert J. Stearn, Jr., Esquire<br>Drew G. Sloan, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801 | Counsel JPMorgan Chase Bank, N.A. |
| Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>Joshua Mester, Esquire<br>Jones Day<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071-1530 | Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. |
| Robert S. Brady, Esquire<br>M. Blake Cleary, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. |