**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------- x
In re:                          :
                                :  Chapter 11
TRIBUNE COMPANY, *et al.*,      :  Dist. Ct. Case. No.: 12-cv-1073
                                :  Bankr. Ct. Case No. 08-13141 (KJC)
                    Debtors.    :
                                :  (Jointly Administered)
                                :
------------------------------- x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Christine Montenegro of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Law Debenture Trust Company of New York in this action.

Dated: September 5, 2012            **BIFFERATO GENTILOTTI LLC**

                                    /s/ Garvan F. McDaniel
                                    Garvan F. McDaniel (I.D. #4167)
                                    800 N. King Street, Plaza Level
                                    Wilmington, DE 19801
                                    Telephone: (302) 429-1900
                                    Fax: (302) 429-8600
                                    gmcdaniel@bglawde.com

                                    *Counsel for Law Debenture Trust Company
                                    of New York*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

Dated: _____, 2012     _____
                                    United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 5, 2012

                                       /s/ Christine Montenegro
                                       Christine Montenegro
                                       Kasowitz, Benson, Torres & Friedman LLP
                                       1633 Broadway
                                       New York, NY  10019
                                       Telephone:  (212) 506-1715
                                       Fax:  (212) 506-1800
                                       cmontenegro@kasowitz.com