# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Dist. Ct. Case. No.: 12-cv-1073 |
|  | Bankr. Ct. Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Matthew Stein of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Law Debenture Trust Company of New York in this action.

Dated: September 5, 2012              **BIFFERATO GENTILOTTI LLC**

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)
800 N. King Street, Plaza Level
Wilmington, DE  19801
Telephone:  (302) 429-1900
Fax:  (302) 429-8600
gmcdaniel@bglawde.com

*Counsel for Law Debenture Trust Company of New York*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

Dated: _____, 2012        _____
                                        United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.
Dated: September 5, 2012

/s/ Matthew Stein
Matthew Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
Telephone:  (212) 506-1717
Fax:  (212) 506-1800
mstein@kasowitz.com