**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| TRIBUNE COMPANY, et al., | : |
| | : Case No. 08-13141 (KJC) |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |
| | : Re: Docket Nos. 12033, 12074, 11337, |
| | 11338 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEAL

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture

trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its

debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and

Citibank, N.A. (as amended, the "1996 Indenture"), and Deutsche Bank Trust Company

Americas ("DBTCA" and together with Law Debenture, the "Appellants"), successor trustee

under (i) that certain indenture dated March 1, 1992, by and between Tribune and Continental

Bank, N.A. (as amended, the "1992 Indenture"); (ii) that certain indenture dated January 30,

1995, by and between Tribune and First Interstate Bank of California (as amended, the "1995

Indenture"); and (iii) that certain indenture dated January 1, 1997, by and between Tribune and

Bank of Montreal Trust Company (as amended, the "1997 Indenture," and together with the

1992 Indenture, the 1995 Indenture, and the 1996 Indenture, the "Senior Indentures" and the

notes and holders of notes issued pursuant to the Senior Indentures, respectively, the "Senior

Notes" and "Senior Noteholders"), by their undersigned counsel, hereby appeals under 28 U.S.C.

§§ 158(a) and 158(d)(2), Rules 8001(a) and 8001(f) of the Federal Rules of Bankruptcy

Procedure, and Rule 8001-1 of the Local Rules of United States Bankruptcy Court for the

District of Delaware from the *Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion*, dated July 13, 2012 [Dkt. No. 12033] (the "Confirmation Memorandum") and accompanying *Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A.*, dated July 23, 2012 [Dkt. No. 12074] (the "Confirmation Order"), including, without limitation, any and all judgments, decrees, decisions, rulings, and/or opinions that merged into and/or became part of the Confirmation Order, that are related to the Confirmation Order, and/or upon which the Confirmation Order is based, including without limitation, the *Memorandum Regarding Allocation Disputes*, dated April 9, 2012 [Docket No. 11337] and accompanying *Order Regarding Allocation Disputes*, dated April 9, 2012 [Docket No. 11338].

The names of all parties to the Confirmation Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| Law Debenture Trust Company of New York | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302-429-1900<br><br>-and-<br><br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew B. Stein |

| | |
|---|---|
| | 1633 Broadway<br>New York, New York 10019<br>(212) 506-1700 |
| Deutsche Bank Trust Company Americas | MCCARTER & ENGLISH, LLP<br>Katharine L. Mayer<br>James J. Freebery IV<br>Renaissance Center<br>405 N. King Street<br>Wilmington, DE 19801<br>(302) 984-6300<br><br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>(212) 609-6800 |
| Official Committee of Unsecured Creditors | LANDIS RATH & COBB LLP<br>Adam G. Landis<br>Daniel B. Rath<br>Matthew B. McGuire<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br><br>-and-<br><br>CHADBOURNE & PARKE LLP<br>Howard Seife, Esq.<br>David M. LeMay, Esq.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-5100<br><br>-and-<br><br>ZUCKERMAN SPAEDER LLP<br>Graeme W. Bush<br>James Sottile<br>Andrew Goldfarb<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>(202) 778-1800 |

| | |
|---|---|
| Wilmington Trust Company | SULLIVAN HAZELTINE ALLINSON LLC<br>William D. Sullivan<br>Elihu E. Allinson, III<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>(302) 428-8191<br><br>-and-<br><br>BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800 |
| Aurelius Capital Management, L.P. | ASHBY & GEDDES, P.A.<br>William P. Bowden<br>Amanda M. Winfree<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19801<br>(302) 654-1888<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David M. Zensky<br>Philip C. Dublin<br>Deborah Newman<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 |
| Brigade Capital Management, LLC | LOIZIDES, P.A.<br>Christopher D. Loizides<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248<br><br>-and-<br><br>STUTMAN TREISTER & GLATT<br>Isaac M. Palchuski |

| | |
|---|---|
| | 1901 Avenue of the Stars, #1200<br>Los Angeles, CA 90067<br>(310) 228-5600 |
| Davidson Kempner Capital Management LLC | BIFFERATO GENTILOTTI LLC<br>Garvan F. McDaniel<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302-429-1900<br><br>-and-<br><br>SCHULTE ROTH & ZABEL LLP<br>Adam C. Harris<br>Karen S. Park<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000 |
| Oaktree Capital Management, L.P.<br><br>-and-<br><br>Angelo Gordon & Co., L.P. | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Robert S. Brady<br>M. Blake Cleary<br>1000 N. King Street<br>Wilmington, DE 19801<br>(302) 571-6622<br><br>JONES DAY<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, 50th Fl.<br>Los Angeles, CA 90071<br>(213) 243-2400 |
| Angelo Gordon & Co., L.P. | WILMER CUTLER PICKERING HALE & DORR LLP<br>Andrew Goldman<br>399 Park Avenue<br>New York, NY 10022<br>(212) 937-7300 |
| JP Morgan Chase Bank, NA | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins<br>Robert J. Stearn<br>One Rodney Square |

| | |
|---|---|
| | Wilmington, DE 19801<br>(302) 651-7700<br><br>-and-<br><br>DAVIS POLK & WARDWELL LLP<br>Donald S. Bernstein<br>Damian S. Schaible<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000 |
| Citadel Equity Fund, Ltd.<br><br>-and-<br><br>Camden Asset Management LP | COZZEN O'CONNOR<br>Mark E. Felger<br>1201 N. Market Street, Suite 140<br>Wilmington, DE 19801<br>(302) 295-2000<br><br>-and-<br><br>ANDREWS KURTH LLP<br>Paul N. Silverstein<br>Jermey B. Reckmeyer<br>45 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>(212) 850-2800 |
| EGI-TRB LLC | BLANK ROME LLP<br>David W. Carickhoff<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br><br>-and-<br><br>JENNER & BLOCK LLP<br>David J. Bradford<br>Catherine L. Steege<br>Andrew W. Vail<br>353 North Clark Street<br>Chicago, IL 60654<br>(312) 222-9350 |
| TM Retirees | HILLER & ARBAN, LLC<br>Adam Hiller<br>Brian Arban |

| | |
|---|---|
| | 1500 North French Street, 2nd Floor<br>Wilmington, DE 19801<br>(302) 442-7676<br><br>-and-<br><br>TEITELBAUM & BASKIN, LLP<br>Jay Teitelbaum<br>1 Barker Avenue, 3rd Floor<br>White Plains, NY 10601<br>(914) 437-7670 |
| Certain Directors and Officers | CONNOLLY BOVE LODGE & HUTZ LLP<br>Jeffrey C. Wisler<br>Marc J. Phillips<br>The Nemours Building<br>1007 North Orange St., P.O. Box 2207<br>Wilmington, DE 19889<br>(302) 658-9141<br><br>-and –<br><br>GRIPPO & ELDEN LLC<br>George Dougerty<br>John R. McCambridge<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 704-7700 |
| Barclays Bank Plc<br><br>-and -<br><br>Waterstone Capital Management L.P. | LATHAM & WATKINS LLP<br>Robert J. Rosenberg<br>David A. Hammerman<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200 |
| Office of the United States Trustee | David Klauder<br>844 N. King St., Room 2207<br>Lockbox #35<br>Wilmington, DE 19899<br>(302) 573-6491 |

Dated:  July 23, 2012
            Wilmington, Delaware

Respectfully submitted,

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

BIFFERATO GENTILOTTI LLC

            /s/ *Garvan F. McDaniel*

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
212-506-1700

Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor*
*Indenture Trustee for certain series of Senior Notes*

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, New York 10167
212-609-6800

McCARTER & ENGLISH, LLP

            /s/ Katharine L. Mayer

Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, Delaware 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor*
*Indenture Trustee for certain series of Senior Notes*

## CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, hereby certify that on this 23rd day of July, 2012, I caused a copy of the foregoing *Notice of Appeal* to be served upon those listed on the attached service list *via* United States First Class Mail.

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (No. 4167)

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

**VIA FIRST CLASS U.S. MAIL**
ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

**VIA FIRST CLASS U.S. MAIL**
ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

**VIA FIRST CLASS U.S. MAIL**
ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

**VIA FIRST CLASS U.S. MAIL**
GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTN: BARBARA S. MEHLSACK
17 STATE STREET, 4TH FLOOR
NEW YORK, NEW YORK 10004

**VIA FIRST CLASS U.S. MAIL**
ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

**VIA FIRST CLASS U.S. MAIL**
ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO, IL 60611

**VIA FIRST CLASS U.S. MAIL**
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
ATTN. GEORGE R. MESIRES, ESQ.
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016

**VIA FIRST CLASS U.S. MAIL**
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN: DAVID M. NEUMANN, ESQUIRE
200 PUBLIC SQUARE SUITE 2300
CLEVELAND, OH 44114-2378

**VIA FIRST CLASS U.S. MAIL**
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN: JENNIFER R. HOOVER, ESQ.
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

**VIA FIRST CLASS U.S. MAIL**
BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

**VIA FIRST CLASS U.S. MAIL**
BROWN RUDNICK LLP
ATTN: ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
SEVEN TIMES SQUARE
NEW YORK, NY 10036

**VIA FIRST CLASS U.S. MAIL**
BROWN STONE NIMEROFF LLC
ATTN: JAMI B. NIMEROFF, ESQ.
901 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

**VIA FIRST CLASS U.S. MAIL**
BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90017-2457

**VIA FIRST CLASS U.S. MAIL**
BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA 94105-2126

**VIA FIRST CLASS U.S. MAIL**
CALLAHAN & BLAINE
ATTN: EDWARD SUSOLIK, ESQUIRE
3 HUTTON DRIVE, NINTH FLOOR
SANTA ANA, CA 92707

**VIA FIRST CLASS U.S. MAIL**
CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
NEW HYDE PARK, NY 11042

**VIA FIRST CLASS U.S. MAIL**
CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD 20815

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE,ESQ., DAVID M. LEMAY, ESQ.,
DOGULAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA FIRST CLASS U.S. MAIL**
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
WASHINGTON, DC 20006-1047

**VIA FIRST CLASS U.S. MAIL**
CHRISTINE Z. HERI
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

**VIA FIRST CLASS U.S. MAIL**
CIARDI CIARDI & ASTIN
DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,
MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, STE 700
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CITICORP NORTH AMERICA, INC
750 WASHINGTON BLVD.
STAMFORD, CT 06901-3722

**VIA FIRST CLASS U.S. MAIL**
COHEN WEISS & SIMON LLP
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY 10036

**VIA FIRST CLASS U.S. MAIL**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

**VIA FIRST CLASS U.S. MAIL**
COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CROSS & SIMON LLC
ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS
919 NORTH MARKET STREET 11TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
THOMPSON & KNIGHT LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
900 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER, NY 14604

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

**VIA FIRST CLASS U.S. MAIL**
DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ECKERT,SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ELLIOTT GREENLEAF
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

**VIA FIRST CLASS U.S. MAIL**
FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

**VIA FIRST CLASS U.S. MAIL**
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
CHICAGO, IL 60610-4500

**VIA FIRST CLASS U.S. MAIL**
FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

**VIA FIRST CLASS U.S. MAIL**
FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
200 INTERNATIONAL DR. #1
BUDD LAKE, NJ 07828-4304

**VIA FIRST CLASS U.S. MAIL**
FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. &
DEVON J. EGGERT,ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067

**VIA FIRST CLASS U.S. MAIL**
FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON, MA 02110

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

**VIA FIRST CLASS U.S. MAIL**
GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

**VIA FIRST CLASS U.S. MAIL**
GOHN HANKEY & STICHEL LLP
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
BALTIMORE, MD 21201

**VIA FIRST CLASS U.S. MAIL**
GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL 60527

**VIA FIRST CLASS U.S. MAIL**
GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARCADERO CENTER, STE 4000
SAN FRANCISCO, CA 94111

**VIA FIRST CLASS U.S. MAIL**
HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

**VIA FIRST CLASS U.S. MAIL**
HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA
D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

**VIA FIRST CLASS U.S. MAIL**
HERRICK FEINSTEIN LLP
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

**VIA FIRST CLASS U.S. MAIL**
HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY
12610 PARK PLAZA DR., STE 100
CERRITOS, CA 90703-9362

**VIA FIRST CLASS U.S. MAIL**
HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

**VIA FIRST CLASS U.S. MAIL**
HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &
CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

**VIA FIRST CLASS U.S. MAIL**
IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
VILLA PARK, IL 60181

**VIA FIRST CLASS U.S. MAIL**
INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

**VIA FIRST CLASS U.S. MAIL**
J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON, TX 77010

**VIA FIRST CLASS U.S. MAIL**
JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE, NC 28233

**VIA FIRST CLASS U.S. MAIL**
ELKINS KALT WEINTRAUB REUEN GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
2049 CENTURY PARK EAST, SUITE 2700
LOS ANGELES, CA 90067

**VIA FIRST CLASS U.S. MAIL**
JP MORGAN CHASE BANK, NA AS AGENT
1111 FANNIN, 10TH FLOOR
HOUSTON, TX 77002

**VIA FIRST CLASS U.S. MAIL**
K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
NEW YORK, NY 10022-6030

**VIA FIRST CLASS U.S. MAIL**
K&L GATES LLP
CHARLES R. SMITH, ESQ.
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
PITTSBURGH, PA 15222-2312

**VIA FIRST CLASS U.S. MAIL**
KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA 91362

**VIA FIRST CLASS U.S. MAIL**
KAYE SCHOLER LLP
ATTN: MARGO B SCHONHOLTZ, ESQ
MADLYN GLEICH PRIMOFF, ESQ
425 PARK AVE
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

**VIA FIRST CLASS U.S. MAIL**
KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN:  KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

**VIA FIRST CLASS U.S. MAIL**
KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

**VIA FIRST CLASS U.S. MAIL**
LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA
WASOW, ESQS.
476 9th STREET
OAKLAND, CA 94607-4048

**VIA FIRST CLASS U.S. MAIL**
LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

**VIA FIRST CLASS U.S. MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

**VIA FIRST CLASS U.S. MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
DALLAS, TX 75201

**VIA FIRST CLASS U.S. MAIL**
LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.
ATTN: ZACHARY J. BANCROFT, EST.
450 S. ORANGE AVE, SUITE 800
ORLANDO, FL 32801

**VIA FIRST CLASS U.S. MAIL**
MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
682 E. SWEDESFORD ROAD
WAYNE, PA 19087

**VIA FIRST CLASS U.S. MAIL**
MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,
AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

**VIA FIRST CLASS U.S. MAIL**
MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
G. AMANDA MALLAN, ESQ.
245 PARK AVE, 27TH FL
NEW YORK, NY 10167

**VIA FIRST CLASS U.S. MAIL**
MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

**VIA FIRST CLASS U.S. MAIL**
MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

**VIA FIRST CLASS U.S. MAIL**
MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B.
WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
MICHAEL SCHLOSS
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

**VIA FIRST CLASS U.S. MAIL**
MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670, PO BOX 475
JEFFERSON CITY, MO 65105-0475

**VIA FIRST CLASS U.S. MAIL**
MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

**VIA FIRST CLASS U.S. MAIL**
NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY 13202

**VIA FIRST CLASS U.S. MAIL**
NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD 21204

**VIA FIRST CLASS U.S. MAIL**
O'MELVENY & MYERS LLP
ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, &
STEVEN A. ROSENSTEIN, ESQS.
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036

**VIA FIRST CLASS U.S. MAIL**
O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071

**VIA FIRST CLASS U.S. MAIL**
OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY
GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

**VIA FIRST CLASS U.S. MAIL**
OFFICE OF THE UNITED STATES TRUSTEE
JOSEPH J. MCMAHON, JR., ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND
MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN P. LAMB & JOHN P. DITOMO
500 DELAWARE AVE, SUITE 200
P.O. BOX 32
WILMINGTON, DE  19899-0032

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W.
BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**VIA FIRST CLASS U.S. MAIL**
PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &
KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

**VIA FIRST CLASS U.S. MAIL**
PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

**VIA FIRST CLASS U.S. MAIL**
ZWERDLKING PAUL KAHN & WOLLY PC
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

**VIA FIRST CLASS U.S. MAIL**
PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
HERCULES PLAZA
1313 N MARKET ST
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
301 SOUTH COLLEGE STREET, STE 2300
CHARLOTTE, NC 28202

**VIA FIRST CLASS U.S. MAIL**
PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

**VIA FIRST CLASS U.S. MAIL**
QUARLES & BRADY LLP
LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.
300 NORTH LASALLE STREET, STE 400
CHICAGO, IL 60654-3422

**VIA FIRST CLASS U.S. MAIL**
RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

**VIA FIRST CLASS U.S. MAIL**
ROBINSON BROG LEINWAND GREEN GENOVESE
& GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

**VIA FIRST CLASS U.S. MAIL**
SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
SECURITIES AND EXCHANGE COMMISSION (SEC)
100 F STREET, NE
WASHINGTON, DC 20549

**VIA FIRST CLASS U.S. MAIL**
SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

**VIA FIRST CLASS U.S. MAIL**
SIRLIN GALLOGLY & LESSER, P.C.
123 S BROAD ST #2100
PHILADELPHIA, PA 191091029

**VIA FIRST CLASS U.S. MAIL**
SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
PHOENIX, AZ 85004-4498

**VIA FIRST CLASS U.S. MAIL**
STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

**VIA FIRST CLASS U.S. MAIL**
STUART MAUE
ATTN: JOHN L. DECKER
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

**VIA FIRST CLASS U.S. MAIL**
TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

**VIA FIRST CLASS U.S. MAIL**
THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

**VIA FIRST CLASS U.S. MAIL**
THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

**VIA FIRST CLASS U.S. MAIL**
TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

**VIA FIRST CLASS U.S. MAIL**
TRESSLER SODERSTORM MALONEY & PRESS, LLP
ATTN. JACQUELINE A. CRISWELL
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

**VIA FIRST CLASS U.S. MAIL**
TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
(COUNSEL TO: TWENTIETH TELEVISION, INC.)
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

**VIA FIRST CLASS U.S. MAIL**
TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092
WILMINGTON, DE 19899-2092

**VIA FIRST CLASS U.S. MAIL**
U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC 20044

**VIA FIRST CLASS U.S. MAIL**
UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

**VIA FIRST CLASS U.S. MAIL**
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
1100 L STREET, N.W.
ROOM 10006
WASHINGTON, DC 20530

**VIA FIRST CLASS U.S. MAIL**
UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

**VIA FIRST CLASS U.S. MAIL**
UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

**VIA FIRST CLASS U.S. MAIL**
US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
VORYS SATER SEYMOUR & PEASE LLP
AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES
ATTN TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

**VIA FIRST CLASS U.S. MAIL**
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

**VIA FIRST CLASS U.S. MAIL**
WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

**VIA FIRST CLASS U.S. MAIL**
WEISS SEROTA HELFMAN PASTORIZA COLE &
BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT
GREISSMAN, ESQS.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

**VIA FIRST CLASS U.S. MAIL**
WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA
ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D
HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

**VIA FIRST CLASS U.S. MAIL**
WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019

**VIA FIRST CLASS U.S. MAIL**
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

**VIA FIRST CLASS U.S. MAIL**
BRUCE BENNETT, ESQ.
JONES DAY
555 SOUTH FLOWER STREET
FIFTIETH FLOOR
LOS ANGELES, CA 90071

**VIA FIRST CLASS U.S. MAIL**
DAVID BRADFORD
JENNER & BLOCK
353 N. CLARK STREET
CHICAGO, IL 60654-3456

**VIA FIRST CLASS U.S. MAIL**
RICK A. STEINBERG
CIARDI, CIARDI & ASTIN
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007

**VIA FIRST CLASS U.S. MAIL**
JOHN K. SHERWOOD
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

**VIA FIRST CLASS U.S. MAIL**
CHRISTOPHER J. KELLER
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY 10005

**VIA FIRST CLASS U.S. MAIL**
ANTRANIG GARIBIAN
STRADLEY, RONAN, STEVENS & YOUNG, LLP
1000 N.WEST STREET
SUITE 1278
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
RAFAEL X. ZAHRALDDIN-ARAVENA
JONATHAN M. STEMERMAN
ELLIOTT GREENLEAF
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ARTHUR J. STEINBERG
KING & SPALDING LLP
1185 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
KIMBERLY BACHER
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60610

**VIA FIRST CLASS U.S. MAIL**
MANATT, PHELPS & PHILLIPS, LLP
IVAN L. KALLICK
ILEANA M. HERNANDEZ
11355 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 90064

**VIA FIRST CLASS U.S. MAIL**
WILIAM J. BARRETT
RAY G. REZNER
ROGER H. STETSON
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 WEST MADISON STREET, SUITE 3900
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
JOSEPH KOTS
COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF
LABOR AND INDUSTRY READING BANKRUPTCY &
COMPLIANCE UNIT
625 CHERRY STREET
ROOM 203
READING, PA 19602-1152

**VIA FIRST CLASS U.S. MAIL**
W. BRADLEY RUSSELL
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 227
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044