# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                      Debtors. | Chapter 11<br>Bankr. Case No. 08-13141 (KJC)<br>Jointly Administered |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>                      Appellants,<br><br>-against-<br><br>TRIBUNE COMPANY, *et al*,<br><br>                      Appellees. | Bankruptcy Appeal<br><br>Dist. Ct. Case No. 12-1073 (GMS) |

**EXHIBIT W TO DECLARATION OF MATTHEW B. STEIN IN FURTHER SUPPORT OF EMERGENCY MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS FOR MODIFICATION OF BANKRUPTCY COURT'S STAY ORDER**

**CONFIDENTIAL – FILED UNDER SEAL**
**SUBJECT TO A PENDING MOTION TO SEAL AT DOCKET NO. 44**

Dated: September 13, 2012
       Wilmington, Delaware

| | |
|---|---|
| KASOWITZ, BENSON, TORRES<br> & FRIEDMAN LLP<br> David S. Rosner<br> 1633 Broadway<br> New York, New York 10019<br> 212-506-1700 | BIFFERATO GENTILOTTI LLC<br>      /s/ *Mary E. Augustine*<br>Garvan F. McDaniel (I.D. No. 4167)<br>Mary E. Augustine (I.D. No. 4477)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302-429-1900 |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| McCARTER & ENGLISH, LLP<br>David J. Adler<br>245 Park Avenue<br>New York, New York 10167<br>212-609-6800 | McCARTER & ENGLISH, LLP<br>      /s/ *Katharine L. Mayer*<br>Katharine L. Mayer (I.D. No. 3758)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, Delaware 19801<br>302-984-6300 |

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*