IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors. <br><br> LAW DEBENTURE TRUST COMPANY OF NEW YORK and DEUTSCHE BANK TRUST COMPANY AMERICAS, <br><br> Appellants, <br><br> v. <br><br> TRIBUNE COMPANY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A., <br><br> Appellees. | Chapter 11 <br> Bankruptcy Case No. 08-13141 (KJC) <br> Jointly Administered <br><br> Civil Action No. 12-1073 GMS |

## ORDER

WHEREAS presently before the court is the appellants' Emergency Motion for Modification of Bankruptcy's Stay Order (D.I. 1) and Memorandum of Law in Support of said motion (D.I. 4);

WHEREAS the court has considered the applicable law as well as parties' submissions;

WHEREAS the court concludes that the Bankruptcy Court's order was appropriate under Federal Rule of Bankruptcy Procedure 8005 with regard to the supersedeas bond;

WHEREAS the parties have already stipulated to a modified briefing schedule for this appeal (D.I. 32);

WHEREAS the court concludes that mandatory mediation in this matter is unlikely to promote the efficient administration of justice or the amicable resolution of the dispute; and

WHEREAS the parties have both agreed to waive mandatory mediation;

IT IS HEREBY ORDERED THAT:

1. The appellants' Emergency Motion for an order modifying the Bankruptcy Court's stay order to eliminate or reduce the bond requirement be DENIED;

2. The appellants' Emergency Motion for an order granting a stay without a bond be DENIED;

3. The appellants' Emergency Motion for an order setting an expedited briefing schedule be DENIED AS MOOT;

4. The appellants' Emergency Motion for an order waiving mediation be GRANTED.

Dated: December ⁷, 2012

_____
CHIEF, UNITED STATES DISTRICT JUDGE