IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br>Bankruptcy Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Case No. 12-cv-128 GMS<br>Case No. 12-mc-108 GMS<br>Case No. 12-cv-1072 GMS<br>Case No. 12-cv-1073 GMS<br>Case No. 12-cv-1100 GMS<br>Case No. 12-cv-1106 GMS |

### ORDER

WHEREAS, on September 7, 2012, the parties in the above-referenced appeals filed a Stipulation and Joint Proposed Briefing Schedule (12-128, D.I. 29; 12-mc-29, D.I. 9; 12-mc-108, D.I. 24; 12-1072, D.I. 25; 12-1073, D.I. 32; 12-1100, D.I. 8; 12-1106, D.I. 5) establishing a modified briefing schedule and enlarging the page limitations provided for in Local Rule 7.1.3.(a)(4);

WHEREAS the parties have submitted their papers in accordance with that modified briefing schedule; and

WHEREAS the court finds that leave to exceed the page limitations of Local Rule 7.1.3.(a)(4) is warranted by the complexity of these appeals;

IT IS HEREBY ORDERED THAT:

All motions for leave to file excess pages for briefs filed in accordance with the Stipulation and Joint Proposed Briefing Schedule are GRANTED.

Dated: December 4, 2012

_____
CHIEF, UNITED STATES DISTRICT JUDGE